UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil No. 5:19-cv-00149-FL

| | |
|---|---|
| ROGER DENT and DAVID HAMILTON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | JOINT MOTION FOR APPROVAL |
| ) | OF SETTLEMENT OF FLSA ACTION |
| MARK GREGORY ROOFING ) | |
| COMPANY, INC., and MARK L. ) | |
| GREGORY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

UPON CONSIDERATION of the Parties' Joint Motion for Approval of Settlement of FLSA Action, the Motion is **GRANTED** as follows:

1. The Parties' proposed Settlement is approved, including the payment to Plaintiffs, the release of claims, and payment of attorneys' fees and costs as set forth therein; and

2. The action is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Signed this __26th__ day of __July__ 2021.

_____
LOUISE W. FLANAGAN
United States District Judge